FILED

10/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0406

IN THE MATTER OF:

A.J.,

A Youth in Need of Care.

**ORDER**

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following Thirteenth Judicial District Court records: *In the Matter of A.J.,* Cause No. DN 15-002 and *In the Matter of A.J.,* Cause No. DN 16-020.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Yellowstone County, with this Order.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 22 2020